IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DERRICK ALLEN,            )
                          )
        Plaintiff,        )
                          )
    v.                    )     1:22CV657
                          )
PUBLIC STORAGE, et al.,   )
                          )
        Defendants.       )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on August 16, 2022, was served on the parties in this action. (Text Recommendation dated Aug. 16, 2022; Doc. 5.) Plaintiff objected to the Recommendation. (Doc. 6.)

The court has reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is dismissed under 28 U.S.C. § 1915(e)(2)(B) as frivolous and for failure to state a claim.

                                    /s/   Thomas D. Schroeder
                                    United States District Judge

August 25, 2022